UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHERYL HAVER,

     Plaintiff,

                                   Case No. 1:26-cv-1473

v.

                                   Hon. Hala Y. Jarbou

ACURAST,

     Defendant.

_____/

**ORDER**

On June 3, 2026, Magistrate Judge Phillip J. Green issued a report and recommendation that this action be dismissed on screening for failure to state a claim.  (R&R, ECF No. 8).  The R&R was duly served on the parties.  No objections have been filed, and the deadline for doing so expired on June 17, 2026.  On review, the Court concludes that the R&R correctly analyzes the issues and makes a sound recommendation.  Accordingly,

**IT IS ORDERED** that the R&R (ECF No. 8) is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that the Court **CERTIFIES** that an appeal would not be taken in good faith.  28 U.S.C. § 1915(a)(3).

A judgment will issue in accordance with this Order.

Dated: July 1, 2026                        /s/ Hala Y. Jarbou
                                           HALA Y. JARBOU
                                           CHIEF UNITED STATES DISTRICT JUDGE